# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SOTERO SOTELO, | § | |
|     Petitioner, | § | |
| | § | |
| vs. | § | CRIMINAL ACTION B-03-866-01 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

## ORDER

Before the Court is Petitioner's, Sotero Sotelo (hereinafter "Sotelo") "Motion and Order for Extraordinary Relief". (Crim. Docket No. 24). The government is hereby ordered to file a response by August 31, 2005.

DONE at Brownsville, Texas, this 10th day of August, 2005.

John Wm. Black
United States Magistrate Judge